Attn: Clerk of Courts
Twelfth Court of Appeals

REC'D IN COURT OF APPEALS
12th Court of Appeals District
JUL 29 2015
TYLER TEXAS
CATHY S. LUSK, CLERK



On November 7, 2014 I filed a Motion for Habeas Corpus of a Misdemeaner under Art. 11.09 of the Texas Code of Criminal Procedure in Cause No: 100,513, a Misdemeaner out of Smith County Court at Law.

I received a response from the Smith County District Attorney on or about December 12, 2014.

I mailed a response to Criminal District Attorny's allegations on or about December 20, 2014.

I waited for a reply from the Court and drew up a Motion for a Bench Warrant and mailed to the Court Clerks office in Smith Co.

I waited for a response from the Court for approximately 6 months with No reply.

On or around the 5th day of July I mailed a letter along with a SASE inquiring to the status of the Application.

I received a response from the Smith Co. clerks Office on the 23rd of July 2015 along with an Order from the Court that the Writ Application should be denied.

The order was signed and date stamped on the 17th day of December 2014.

①

This order was signed and filed only 5 days after Smith County District Attorney filed a response to the Writ Application and filed 3 or 4 days before Applicants Rebuttal. Applicants Rebuttal was never considered in Violation of 5th and 14th Amendments Rights to Due Process of the Law.

Smith County Clerks office has also Violated Applicants 5th and 14th Amendment Rights as well as the Rules of Ethical Responsibility by waiting 6 months before informing Applicant of Courts Order.

I would like to know if the Clerk of Courts for Smith County has mailed this Motion along with all the record of this case to the 12th Court of Appeals and what the status is of this Writ Application.

I am an Indigent individual at this time so cannot send SASE.

I would appreciate a response.

Respectfully,
Walter Truett Malone #1572913
Walter T. Malone
Neal Unit 9055 Spur 591
Amarillo, Texas 79107

6-25-15

②